1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   JULIAN MARTIN CARDENAS,                  No.  2:22-cv-0922 DB P

11                   Petitioner,

12            v.                              ORDER AND FINDINGS AND
                                             RECOMMENDATIONS
13   SOLANO COUNTY SUPERIOR COURT
     JUDGE,
14
                     Respondent.
15

16

17

18           Petitioner, a pretrial detainee at Solano County Jail proceeding pro se, has filed an

19   application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has not paid the

20   filing fee for this application or submit an in forma pauperis application.  On June 7, 2022, the

21   court ordered petitioner to file a motion to proceed in forma pauperis or to pay the filing fee for

22   this action.  (ECF No. 5 at 1.)  Petitioner was given thirty days leave to do so.  (Id.)  Petitioner

23   was warned that failure to abide by the court's order would result in a recommendation that this

24   action be dismissed.  (Id.)

25           More than thirty days have passed and petitioner has not paid the filing fee in this action,

26   submitted an application to proceed in forma pauperis, requested an extension of time, or

27   otherwise responded to the court's orders.  Accordingly, it will be recommended that this action

28   be dismissed for failure to comply with court orders and failure to prosecute.

                                               1

1    For the reasons state above, the Clerk of the Court is ORDERED to randomly assign a

2    district judge to this action.

3    IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See

4    Local Rule 110; Fed. R. Civ. P. 41(b).

5    These findings and recommendations are submitted to the United States District Judge

6    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days

7    after being served with these findings and recommendations, petitioner may file written

8    objections with the court and serve a copy on all parties.  Such a document should be captioned

9    "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that

10   failure to file objections within the specified time may waive the right to appeal the District

11   Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

12   Dated:  September 12, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Habeas/R/card0922.fr_dism

2